WYANDOTTE & KANSAS CITY BRIDGE COMPANY v. THE
CITY OF WYANDOTTE.

[The principles of law enunciated in the case of the *Wyandotte & Kansas
City Bridge Company v. The Board of County Commissioners of Wyandotte
county,* ante, p. 326, reaffirmed.]

*Error from Wyandotte District Court.*

INJUNCTION, brought by the *Bridge Company* to enjoin
"the *City of Wyandotte,* its officers, servants and agents from
levying any tax upon the taxable property of said city" to
pay certain "bonds, coupons, or any part thereof," etc. An
election was held in said city of Wyandotte on the 13th of
May 1871, at which the proposition "to issue the bonds of
said city to the amount of $25,000 to aid in the construction
of a free bridge across the Kansas," was submitted, and a
majority of the votes cast thereat were in favor of said propo-
sition. The petition stated substantially the same facts as the
petition of the same plaintiff in the action against the *Com-
missioners of Wyandotte County,* (ante, p. 326,) and further
averred —

"That no ordinance was ever passed by the council of said
city providing for the building of a bridge across the Kansas
river; nor that the said city should aid in the building of
such bridge; nor to submit to a vote of the voters of said city
any proposition to build such bridge, or aid in building the
same, nor to issue bonds for any such purpose.   *   *   *   That
said city has issued its bonds or is about to cause its bonds to
be issued to the amount of $25,000,   *   *   *   and to deliver
the same to the said King Iron-Bridge Co., in part payment
for building said bridge, and in part fulfillment of said con-
tract of said board of county commmissioners with said com-
pany, or to deliver said bonds to said board for the purpose of
applying the same or the avails thereof in fulfillment of said
contract of said board. That said bonds have been issued or
are about to be issued as aforesaid under color of the aforesaid
resolution of said council, and said vote, and upon no other
authority. And the plaintiff further says that the defendants
threaten, intend to, and if not restrained will levy upon said

city, taxes to pay the interest of said bonds as it falls due from time to time, and to pay the principal at maturity."

The city demurred to the petition. The case was heard on the demurrer. at the June Term 1872. The district court sustained the demurrer, and the plaintiff brings the case here on error.

*Nelson Cobb*, and *E. W. Kimball*, for plaintiff.

*J. B. Scroggs*, for defendant in error.

The opinion of the court was delivered by

VALENTINE, J.: This case involves the same questions of law as we have just decided in the case of the *Wyandotte & Kansas City Bridge Company v. The Board of County Commissioners of Wyandotte County*, ante, 326, 329. And without entering into details in the case, we would say that we reaffirm all the principles of law enunciated in that case. The order and judgment of the court below are affirmed.

All the Justices concurring.